

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: ANNIE RICO, | § | No. 08-21-00119-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |
| | § | |

## MEMORANDUM OPINION

Relator Annie Rico has filed a motion to dismiss her petition for a writ of mandamus because she and real party in interest Brian McGroarty have entered into a Rule 11 agreement settling their dispute. The motion is granted. This petition for a writ of mandamus is dismissed.

GINA M. PALAFOX, Justice

August 6, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.

1